Submitted on record and briefs December 11, 1991, reversed and remanded with instructions to enter judgment of dismissal January 8, 1992

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM DON HUNTER,
*Appellant.*

(89-1084; CA A65794)

821 P2d 1132

Larry Wright, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Carol J. Fredrick, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in denying defendant's motion to dismiss, because he had complied with ORS 135.760 and the burden was on the state to bring him to trial within 90 days. We accept the concession.

Reversed and remanded with instructions to enter judgment of dismissal.